IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SCOTT RODNEY ROBINSON, JR. | § | |
| VS. | § | CIVIL ACTION NO.   9:21-CV-108 |
| UTMB, ET AL. | § | |

### MEMORANDUM OPINION REGARDING TRANSFER

Plaintiff Scott Rodney Robinson, Jr., an inmate currently confined at the Gib Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the University of Texas Medical Branch (UTMB), Warden Williams, Nurse Lori Walker, Nurse Bui, Lieutenant Lopez, Sergeant Pouland, Sergeant Fondu, Officer Glubber, and Sergeant Taylor. The defendants are employed at the Stiles Unit, where plaintiff was previously confined.

### Discussion

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose. Under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district or division where it could have been brought. Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion. *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

Plaintiff complains of incidents that occurred at the Stiles Unit. The Stiles Unit is located in Jefferson County, which is in the Beaumont Division of the United States District Court for the Eastern District of Texas. The court has considered the circumstances and has determined that the

interests of justice would be served by transferring this action to the division in which the claims arose. Therefore, the case should be transferred to the Beaumont Division. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Beaumont Division of the United States District Court for the Eastern District of Texas. Plaintiff's pending motions are **DENIED** without prejudice to plaintiff's ability to reurge the motions.

SIGNED this 30th day of September, 2021.

_____
Zack Hawthorn
United States Magistrate Judge